Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| | DOCKET NO. (Transferring Court) |
| | 0864-0:00CR00284-001(JMR) |
| | DOCKET NO. (Receiving Court) |

**FILED**
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CR 602

| NAME AND LOCATION OF * | DISTRICT | DIVISION |
|---|---|---|
| Deward Sonny Johnson<br>Chicago, IL | MINNESOTA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable James M. Rosenbaum | |
| | DATES OF TSR SUPERVISION | FROM 06/20/2008 · TO 06/19/2013 |

**OFFENSE**

Aiding and Abetting the Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_July 16th, 2008_
Date

_/s/ James M. Rosenbaum_
James M. Rosenbaum   United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 2 5 2008
Effective Date

_/s/ James F. Holderman_
United States District Judge

FILED
July 28, 2008
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT