

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

August 12, 2008

Mr. Michael W. Dobbins, Clerk
U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

**F I L E D**
8-15-08
AUG 1 5 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:   Deward Sonny Johnson
      Our Case Number: CR 00-284 (1) JMR
      Your Case Number: 08CR602

Dear Clerk:

### Initial Transfer Out

☐ Enclosed please find Probation Form 22  initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

☐ Enclosed please find certified copies of all documents filed in our court.

### Rule 20

☐ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Brenda J. Schaffer, Deputy Clerk

cc:   David P. Steinkamp, Assistant U. S. Attorney
      Sarah M. MacGillis, Defense Counsel
      Richard W. Hermes, Probation Officer (Mpls)(All except Rule 5)
      Financial Litigation Unit (Final & Transfer In)
      Financial Services Department (Final & Transfer In)
      File CR 00-284 (1) JMR

criminal\transferletter.frm

Form Modified 01/28/05



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**                                                          312-435-5698

**August 7, 2008**

District of Minnesota
Mr. Richard D. Sletten, Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415



Dear Clerk:

**Re:   0864-0:00CR00284-001 (JMR)      USA v. Deward Sonny Johnson - Judge  James M. Rosenbaum**

Our Case Number:   **08 CR 602  -  Northern District of Illinois**

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   _____
Marsha E. Glenn
Deputy Clerk

Enclosure

6DIV, CLOSED, FRC

# U.S. District Court
## District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:00-cr-00284-JMR-RLE-1

Case title: USA v. Johnson

Magistrate judge case number: 0:00-mj-00339

Date Filed: 10/04/2000

Date Terminated: 05/18/2001

---

Assigned to: Judge James M.
Rosenbaum
Referred to: Chief Mag. Judge
Raymond L. Erickson

### Defendant (1)

**Deward Sonny Johnson**
*TERMINATED: 05/18/2001*

represented by **Sarah M MacGillis**
Gislason & Hunter LLP - Mpls
701 Xenia Ave S Ste 500
Mpls, MN 55416
763-225-6000
Fax: 763-225-6099
Email: saho@gislason.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Douglas Olson**
Office of the Federal Defender
300 S 4th St, Ste 107
Minneapolis, MN 55415
612-664-5858
Fax: 612-664-5850
Email: doug_olson@fd.org
*TERMINATED: 03/18/2008*
*Designation: Public Defender or
Community Defender Appointment*

**Lyonel Norris**
Office of the Federal Defender
300 4th St S Ste 107

A true printed copy in ___7___ sheet(s)
of the electronic record filed on _____,
in the United States District Court
for the District of Minnesota.
CERTIFIED ___8/12___, 2008.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: lyonel_norris@fd.org
*TERMINATED: 06/18/2008*
*Designation: Public Defender or*
*Community Defender Appointment*

**Robert D Sicoli**
Law Offices of Robert D Sicoli, Ltd
8000 Flour Exchange Building
310 Fourth Avenue South
Mpls, MN 55415
612-871-0708
Fax: 612-871-0960
Email: bsicoli@usinternet.com
*TERMINATED: 05/18/2001*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 841(b)(1)(A) and 18:2 AID AND ABET POSSESS WITH INTENT TO DISTRIBUTE CRACK COCAINE (1) | Custody of BOP for 12 months, deft given credit for time served, 5 yrs supervised release, spec assmt of $100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CRACK COCAINE (2) | dismissed |
| 21:841(a)(1) and 841(b)(1)(A) and 18:2 AID AND ABET POSSESS WITH INTENT TO DISTRIBUTE CRACK COCAINE (3) | dismissed |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

None

---

**Plaintiff**

**United States of America**                  represented by  **David P Steinkamp**
                                                              United States Attorney's Office
                                                              300 S 4th St Ste 600
                                                              Mpls, MN 55415
                                                              612-664-5600
                                                              Email: david.steinkamp@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2000 | 1 | COMPLAINT by USA David P Steinkamp with attached affidavit of Bob Bushman (DEA) against defendants Deward Sonny Johnson Jr (1), Rodney Dewight Springs (2), Andray Martin (3), and Marvin Andrew Welton (4) by Magistrate Judge E. S. Swearingen. 4 pgs [ 0:00-m -339 ] ( (Entered: 09/11/2000) |
| 09/08/2000 |  | BENCH WARRANT issued for Deward Sonny Johnson Jr(1), Rodney Dewight Springs (2), Andray Martin (3), and Marvin Andrew Welton (4) by Magistrate Judge E. S. Swearingen. 1 pg [ 0:00-m -339 ] ( (Entered: 09/11/2000) |
| 09/08/2000 | 2 | MINUTES: before Magistrate Judge E. S. Swearingen first appearance of Deward Sonny Johnson Jr (1), Rodney Dewight Springs (2), Andray Martin (3), and Marvin Andrew Welton (4); all defts ordered detained; counsel appt'd but Scott Tilsen appeared for all defts; preliminary and detention hearings set for 2:30 on 9/13/00 before ESS; tape: 00-55-419-468. 1 pg [ 0:00-m -339 ] ( (Entered: 09/11/2000) |
| 09/08/2000 | 3 | TEMPORARY ORDER OF DETENTION of Deward Sonny Johnson Jr by Magistrate Judge E. S. Swearingen (dated 9/8/00) (copies dist'd). 1 pg [ 0:00-m -339 ] ( (Entered: 09/11/2000) |
| 09/13/2000 | 7 | MINUTES before Magistrate Judge E. S. Swearingen for PRELIMINARY/DETENTION HEARING as to Deward Sonny Johnson Jr, Rodney Dewight Springs, & Andray Martin: defts detained; probable cause found. Tape 00-56-304-2716. (1 pg) [ 0:00-m -339 ] (PJS) (Entered: 09/14/2000) |

| 09/14/2000 | 9 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Robert Sicoli as to deft Deward Sonny Johnson Jr (1). 1 pg [ 0:00-m -339 ] ( (Entered: 09/15/2000) |
|---|---|---|
| 09/19/2000 | 13 | ORDER OF DETENTION of Deward Sonny Johnson Jr, Rodney Dewight Springs, Andray Martin by Magistrate Judge E. S. Swearingen (dated 9/19/00). (copies dist'd) 7 pages [ 0:00-m -339 ] (PJS) (Entered: 09/19/2000) |
| 09/28/2000 | 17 | BENCH Warrant returned executed as to Deward Sonny Johnson Jr (1) on 9/8/00. 1pg [ 0:00-m -339 ] (LEG) (Entered: 09/29/2000) |
| 10/04/2000 | 20 | INDICTMENT assigned to Judge James M. Rosenbaum, referred to Magistrate Judge Raymond L. Erickson by USA David P Steinkamp. Counts filed against Deward Sonny Johnson (1) counts 1, 2, and 3; Rodney Dewight Springs (2) counts 1 and 2; Andray Roydell Martin (3) counts 1 and 2. 2 pgs ( (Entered: 10/04/2000) |
| 10/12/2000 | 24 | MINUTES before Magistrate Judge E. S. Swearingen re defts Deward Sonny Johnson, Rodney Dewight Springs, & Andray Roydell Martin ARRAIGNED: not guilty plea entered; attys present; disclosures due 10/27/00; pretrial motions due 10/24/00; motion hearing set for 9:30 a.m. on 11/8/00 before RLE in St. Paul; Voir Dire / Jury Instructions due 1/2/01; jury trial set for 9:00 a.m. on 1/8/01 before JMR. Court Reporter: Tape 00-3-8-156. (1 page) (PJS) (Entered: 10/13/2000) |
| 10/12/2000 | 25 | ARRAIGNMENT ORDER by Magistrate Judge E. S. Swearingen (Date Signed: 10/12/00) as to Deward Sonny Johnson, Rodney Dewight Springs, & Andray Roydell Martin. Same as minutes, Doc. 24. (2 pages) (PJS) (Entered: 10/13/2000) |
| 10/25/2000 | 47 | MOTION & MEMORANDUM for severance of counts by Deward Sonny Johnson. (4 pages) (PJS) (Entered: 10/25/2000) |
| 10/25/2000 | 48 | MOTION & MEMORANDUM for severance of defts by Deward Sonny Johnson. [part of Doc. #47] (PJS) (Entered: 10/25/2000) |
| 10/25/2000 | 49 | MOTION & MEMORANDUM for disclosure of informant and to make informant available for interview by Deward Sonny Johnson. (3 pages) (PJS) (Entered: 10/25/2000) |
| 10/25/2000 | 50 | MOTION & MEMORANDUM for early disclosure pursuant to 18:3500 by Deward Sonny Johnson. (3 pages) (PJS) (Entered: 10/25/2000) |
| 10/25/2000 | 51 | MOTION & MEMORANDUM for discovery and disclosure of evidence favorable to the defense by Deward Sonny Johnson. (4 pages) (PJS) (Entered: 10/25/2000) |
| 10/25/2000 | 52 | MOTION & MEMORANDUM for govt agents to retain and produce rough notes by Deward Sonny Johnson. (4 pages) (PJS) (Entered: |

|            |    |                                                                                                                                                                                                                                          |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 10/25/2000)                                                                                                                                                                                                                               |
| 10/25/2000 | 53 | MOTION for disclosure of intention to use evidence of other crimes, wrongs, or acts by Deward Sonny Johnson. (2 pages) (PJS) (Entered: 10/25/2000)                                                                                        |
| 10/25/2000 | 54 | MOTION to suppress evidence obtained pursuant to a search warrant for Room 209 at AmericIncc Motel by Deward Sonny Johnson. (2 pages) (PJS) (Entered: 10/25/2000)                                                                          |
| 10/25/2000 | 55 | MOTION to suppress evidence obtained from search warrant of 100 and 100 1/2 Fifth Ave South by Deward Sonny Johnson. [part of Doc. #54] (PJS) (Entered: 10/25/2000)                                                                        |
| 10/25/2000 | 56 | MOTION to suppress confessions, admissions, or statements in the nature of confessions made by deft on or about 8/11/00 by Deward Sonny Johnson. [part of Doc. #54] (PJS) (Entered: 10/25/2000)                                           |
| 10/25/2000 | 57 | MOTION to suppress confessions, admissions, or statements in the nature of confessions made by the deft on or about 9/7/00 by Deward Sonny Johnson. [part of Doc. #54] (PJS) (Entered: 10/25/2000)                                        |
| 11/09/2000 | 63 | ORDER (Magistrate Judge Raymond L. Erickson / date signed 11/9/00) MOTION HEARING as to DEWARD SONNY JOHNSON: deft withdraws motions. (cc: all counsel) 2 pages (PJS) (Entered: 11/09/2000)                                                |
| 01/03/2001 | 68 | MOTION and ORDER FOR CHANGE OF CUSTODY as to Deward Sonny Johnson by Magistrate Judge E. S. Swearingen. (cc: all counsel, PT, USM) 2 pages (PJS) (Entered: 01/03/2001)                                                                    |
| 01/11/2001 | 70 | MINUTES: before Judge James M. Rosenbaum Deward Sonny Johnson (1) enters guilty plea to count 1, plea accepted conditionally; counts 2 & 3 to be dismissed at sentencing. PSI ordered. Deft remanded to custody of USM. Court Reporter: Dawn Anderson. 1pg (LEG) (Entered: 01/17/2001) |
| 01/11/2001 | 71 | PLEA AGREEMENT AND SENTENCING STIPULATIONS as to Deward Sonny Johnson (1). 7pgs (LEG) (Entered: 01/17/2001)                                                                                                                               |
| 04/27/2001 | 80 | POSITION of dft with respect to sentencing Deward Sonny Johnson (1). 5pgs (LEG) (Entered: 04/30/2001)                                                                                                                                     |
| 05/18/2001 | 81 | MOTION for downward departure pursuant to guideline section 5K1.1 by USA as to Deward Sonny Johnson (1). 1 pg(s) ( (Entered: 05/21/2001)                                                                                                  |
| 05/18/2001 | 82 | MINUTES: before Judge James M. Rosenbaum SENTENCING Deward Sonny Johnson (1) count 1 - Custody of BOP for 12 months, deft given credit for time served, 5 yrs supervised release, spec assmt of $100. Counts 2 & 3 dismissed. Govt's motion for downward departure pursuant to guideline section 5K1.1 [81-1] is granted. Court Reporter: Dawn Hansen. 1 pg ( (Entered: 05/24/2001) |

| 05/23/2001 | 83 | JUDGMENT/STATEMENT OF REASONS as to deft Deward Sonny Johnson (1) by Judge James M. Rosenbaum (dated 5/23/01) (Copies dist'd) 5 pg(s) ( (Entered: 05/24/2001) |
|---|---|---|
| 08/04/2001 | 90 | JUDGMENT returned executed as to defendant Deward Sonny Johnson on 7/10/01 to FCI Sandstone, Sandstone, MN (5pgs) (BLW (Entered: 09/05/2001) |
| 05/29/2003 | 93 | TRANSCRIPT OF SENTENCING held 5/18/01 before JMR as to defendant Deward Sonny Johnson (01). (Court Reporter: Dawn Hansen) 18 pages (SEPARATE) (PJS) (Entered: 05/29/2003) |
| 03/17/2008 | 98 | MOTION to Appoint Counsel by Deward Sonny Johnson. (Attachments: # 1 Certificate of Service) (Olson, Douglas) (Entered: 03/17/2008) |
| 03/17/2008 | 99 | ORDER granting 98 Motion to Appoint Counsel as to Deward Sonny Johnson (1). Signed by Chief Judge James M. Rosenbaum on 3/17/2008. (HLW) (Entered: 03/17/2008) |
| 03/18/2008 | 100 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Deward Sonny Johnson (Norris, Lyonel) (Entered: 03/18/2008) |
| 04/01/2008 | 101 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Deward Sonny Johnson. (Attachments: # 1 Certificate of Service) (Norris, Lyonel) (Entered: 04/01/2008) |
| 04/14/2008 | 102 | RESPONSE in Opposition by United States of America as to Deward Sonny Johnson re 101 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Attachments: # 1 Certificate of Service)(Hollenhorst, Thomas) (Entered: 04/14/2008) |
| 06/17/2008 | 103 | MOTION to Withdraw as Attorney *and For Appointment of Substitute Counsel* by Lyonel Norris by Deward Sonny Johnson. (Attachments: # 1 Certificate of Service) (Norris, Lyonel) (Entered: 06/17/2008) |
| 06/18/2008 | 104 | ORDER for Appointment of Substitute granting 103 Motion to Withdraw as Attorney and for Appointment of Substitute Counsel as to Deward Sonny Johnson (1). Signed by Chief Judge James M. Rosenbaum on 6/18/2008. (HLW) Regenerated NEF on 6/22/2008 to notice Sarah MacGillis (mkg). (Entered: 06/18/2008) |
| 06/25/2008 | 105 | CJA 20 as to Deward Sonny Johnson: Appointing Sarah MacGillis. Signed by Judge James M. Rosenbaum on 6/25/08. (jdf) (Entered: 07/15/2008) |
| 07/21/2008 | 106 | MOTION to Withdraw as Attorney by Sarah M. MacGillis by Deward Sonny Johnson. (Attachments: # 1 Certificate of Service) (MacGillis, Sarah) (Entered: 07/21/2008) |

| 07/23/2008 | 📄 107 | ORDER denying as moot 101 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 as to Deward Sonny Johnson (1). Signed by Judge James M. Rosenbaum on July 22, 2008. (MRH) (Entered: 07/23/2008) |
| 08/11/2008 | 📄 108 | Probation Jurisdiction Transferred to Northern District of Illinois as to Deward Sonny Johnson. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (BJS) (Entered: 08/12/2008) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )     **INDICTMENT** CR 00-284 JMR/RLE
                                 )
        v.                       )     (21 U.S.C. § 841(a)(1))
                                 )     (21 U.S.C. § 841(b)(1)(A))
DEWARD SONNY JOHNSON,            )     (21 U.S.C. § 846)
RODNEY DEWIGHT SPRINGS,          )     (18 U.S.C. § 2)
AND                              )
ANDRAY ROYDELL MARTIN            )
                                 )
                Defendants.      )

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1

(Aiding and Abetting Possession with Intent to Distribute)

On or about September 7, 2000 in the State and District of Minnesota, the defendants,

DEWARD SONNY JOHNSON,
RODNEY DEWIGHT SPRINGS,
AND ANDRAY ROYDELL MARTIN

each aiding and abetting or being aided and abetted by another, knowingly and intentionally possessed with intent to distribute in excess of fifty grams of a mixture or substance containing a detectable amount of cocaine base (crack), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### COUNT 2

(Conspiracy to Possess with Intent to Distribute)

From on or about June 2000, through on or about September 7, 2000, in the State and District of Minnesota, the defendants,

DEWARD SONNY JOHNSON,
RODNEY DEWIGHT SPRINGS,
AND ANDRAY ROYDELL MARTIN





knowingly conspired with each other and with other persons, whose names are known and unknown to the grand jury, to distribute and to possess with intent to distribute in excess of 50 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

COUNT 3

(Aiding and Abetting Possession with Intent to Distribute)

On or about August 11, 2000 in the State and District of Minnesota, the defendant,

DEWARD SONNY JOHNSON

aiding and abetting or being aided and abetted by another, knowingly and intentionally possessed with intent to distribute in excess of fifty grams of a mixture or substance containing a detectable amount of cocaine base (crack), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
UNITED STATES ATTORNEY

AO 245B (Rev. 8/96)  Sheet 1 - Judgment in   iminal Case

# United States District Court

### District of Minnesota

UNITED STATES OF AMERICA

v.

**DEWARD SONNY JOHNSON**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number:   <u>00CR284</u>  JMR IRLE

Robert Sicoli
Defendant's Attorney

## THE DEFENDANT:

[✔]   pleaded guilty to Count: <u>1 of the Indictment</u> .
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.
       Accordingly, the defendant is adjudged guilty of such count(s), which involves the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Aiding and Abetting the Possession with Intent to Distribute Cocaine Base | | 1 |

       The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).
[✔]   Counts <u>2 and 3 of the Indictment</u> are dismissed on the motion of the United States.

Special Assessment Amount: $ <u>100</u> in full and immediately.

       IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No
Defendant's Date of Birth
Defendant's USM No.:   (
Defendant's Residence A

May 18, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

**JAMES M. ROSENBAUM**,  United States District Judge
Name & Title of Judicial Officer

A true copy in <u>5</u> sheet(s)
he record in my custody.
fied _____, 2001

Deputy Clerk

May 23 2001
Date






FILED MAY 2 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

AO 245B (Rev. 8/96)  Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 00CR284 | Judgment - Page 2 of 5 |
| DEFENDANT: DEWARD SONNY JOHNSON | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  120 months .  Defendant shall receive credit for time served.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
Confinement in a federal correctional facility in the State of Minnesota; access to the 500-hour intensive drug treatment program.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[✔ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
Deputy U.S.  Marshal

AO 245B (Rev. 8/96)  Sheet 3 - Supervised      se

CASE NUMBER:      00CR284                                              Judgment - Page 3 of 5
DEFENDANT:        DEWARD SONNY JOHNSON

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  5 years .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]        The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]        The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)    the defendant shall support his or her dependants and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

CASE NUMBER:        00CR284                                          Judgment - Page 4  of  5
DEFENDANT:          DEWARD SONNY JOHNSON

# SPECIAL CONDITIONS OF SUPERVISION

Defendant shall participate in any substance abuse treatment or aftercare program recommended by the probation officer.

Defendant shall not associate with any member, prospect, or associate member of the Gangster Disciples gang, or any other gang.  If defendant is found to be in the company of such individuals while wearing the clothing, colors, or insignia of the Gangster Disciples gang or any other gang, the Court will presume this association was for the purpose of participating in gang activities.

Prob 22 (Rev. 03/97)

| # TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) |
| | 0864-0:00CR00284-001(JMR) |
| | DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
| Deward Sonny Johnson | MINNESOTA | |
| | NAME OF SENTENCING JUDGE |
| | Honorable James M. Rosenbaur |
| 08 | DATES OF TSR SUPERVISION | FROM 06/20/2008 | 06/19/2013 |

OFFENSE

Aiding and Abetting the Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_July 16th 2008_
Date

_James M. Rosenbaum_ United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 2 5 2008
Effective Date

_James F. Holderman_
United States District Judge

CERTIFIED, A true printed copy in compliance with the electronic record filed on 8/11/08, sheet(s) in the United States District Court for the District of Minnesota

RICHARD D. SLETTEN
Deputy Clerk
By 8/11/08 2008

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: AUG 0 7 2008

SCANNED
AUG 1 2 2008
U.S. DISTRICT COURT ST. PAUL